

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on  07/17/2026   Michael Gaines _____

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Middle District of North Carolina _____ .

Case number:  21-10015

Certificate number:  NCM21-100154870503

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance